# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

United States of America,

v.

Isaac NMN Hodge,

## SENTENCING NOTICE

**Case Number Crim. 02-323(1) (PAM)**

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom #1 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Wednesday, March 16, 2005 @ 10:30 A.M. for sentencing.**

RICHARD SLETTEN, CLERK

Dated: March 1, 2005

s/Suzanne M. Ruiz
Suzanne M. Ruiz, Calendar Clerk

cc: David Steinkamp - A.U.S.A.
Frederic K. Bruno
U.S. Marshal
U.S. Probation
U.S. Pretrial Services