```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                Criminal No. 02-323 (PAM/RLE)

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff.           )
                               )   MOTION FOR DOWNWARD
     v.                        )   DEPARTURE PURSUANT
                               )   TO GUIDELINE SECTION
ISAAC NMN HODGE,               )   5K1.1 AND 18 U.S.C.
                               )   3553(E)
                               )
          Defendant.           )
```

For the reasons set forth in its letter to the Court, the United States hereby moves for a downward departure pursuant to Section 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. § 3553(e).

Dated: March 10, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ David P. Steinkamp

BY: DAVID P. STEINKAMP
Assistant U.S. Attorney
Attorney ID No. 178470