UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-323 (PAM/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>ISAAC NMN HODGE,<br><br>Defendant. | MOTION FOR DOWNWARD DEPARTURE PURSUANT TO GUIDELINE SECTION 5K1.1 AND 18 U.S.C. 3553(E) |

For the reasons set forth in its letter to the Court, the United States hereby moves for a downward departure pursuant to Section 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. § 3553(e).

Dated: March 10, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ David P. Steinkamp

BY: DAVID P. STEINKAMP
Assistant U.S. Attorney
Attorney ID No. 178470