**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2005, I served, or caused to be served, the following documents:

**MOTION FOR DOWNWARD DEPARTURE PURSUANT TO GUIDELINE SECTION 5K1.1 AND 18 U.S.C. 3553(E)**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Frederic Bruno, Esq.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

THOMAS B. HEFFELFINGER
United States Attorney

s/ Tamara A.S. Cuddihy

BY: TAMARA A.S. CUDDIHY
Legal Assistant