# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | Case No: Criminal 02-323(1) PAM () |
| | ) | Date: March 16, 2005 |
| Isaac Hodge, III, | ) | Court Reporter: Jeanne Anderson |
| Defendant. | ) | Time Commenced: 10:30 a.m. |
| | ) | Time Concluded: 11:00 a.m. |
| | ) | Time in Court: Hours & 30 Minutes |

Before Paul A. Magnuson, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: David Steinkamp
For Defendant: Frederic Bruno 9 FPD : CJA 9 Retained 9 Appointed

: **Sentencing.**

9 Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to: Custody of Bureau of Prisons for 60 months. Supervised release term of 5 years. Court recommends confinement at a local facility.

Said terms to run 9 concurrently 9 consecutively

: Special conditions.

**See J&C for special conditions**

: Defendant sentenced to pay:
- : Fine in the amount of $0.
- : Restitution in the amount of $0.
- : Costs of prosecution in the amount of $0 to be paid .
- : Special assessment in the amount of $100 to be paid .

9 On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
9 Motion for departure is 9 granted 9 denied.
: Defendant remanded to the custody of the U.S. Marshal.

s/Suzanne M. Ruiz
Calendar Clerk