PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Isaac Hodge, III**

**Docket No. 0:02CR00323-001(PAM)**

**AMENDED Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Isaac Hodge, III** who was sentenced for Conspiracy to Distribute and Possession with Intent to Distribute in Excess of 50 Grams of Cocaine Base on March 16, 2005, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Drug aftercare; mandatory drug testing; no gang association; provide DNA; and pay $100 special assessment immediately

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On February 22, 2007, Mr. Hodge was arrested by the Minneapolis Police Department for Felon in Possession of Ammunition. Subsequent to Mr. Hodge's arrest a petition was forwarded to Your Honor requesting that a warrant be issued. It has since been determined that the evidence against Mr. Hodges is suspect and our office now requests that the warrant originally filed be quashed.

PRAYING THAT THE COURT WILL ORDER That the Petition dated February 23, 2007, and the Warrant dated February 26, 2007, be vacated and that Mr. Hodge be continued on supervised release

SCANNED
MAR 0 9 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 8th day of March, 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer
Telephone: 612-664-5425
Executed on March 7, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

cc: U.S. Attorney's Office
Federal Defender's Office