Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Isaac Hodge, III

Docket No. 0:02CR00323

## HEARING WAIVER

I, Isaac Hodge, III, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall comply with the District of Minnesota Offender Employment Policy which may include participation in training, counseling, and/or daily job searching as directed by the probation officer. If not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, the defendant may be required to perform up to 20 hours of community service per week until employed, as approved or directed by the probation officer.

Signed: Isaac Hodge

Isaac Hodge, III
Supervised Releasee

Dated: 2/28/07

Witness: ________________

SCANNED
MAR 09 2007
U.S. DISTRICT COURT ST. PAUL