RECEIVED
MAR 14 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2007 FEB 27 A 10:25

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 02-323(1) PAM/RLE**

Isaac NMN Hodge

0741-0221-0571-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Isaac NMN Hodge

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Paul A. Magnuson, United States District Court Judge.

February 26, 2007 at St. Paul, MN

(By) Gina Olsen, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

________________________________________
Name and Title of Arresting Officer

________________________________________
Signature of Arresting Officer

DATE 3-8-07
RETURNED UNEXECUTED Warrant Quashed
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
MAR 15 2007
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04