PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Isaac Hodge, III**

**Docket No. 0:02CR00323-001 (PAM)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Isaac Hodge III** who was sentenced for Conspiracy to Distribute and Possession with Intent to Distribute in Excess of 50 Grams of Cocaine base to the custody of the Bureau of Prisons for 60 months on March 16, 2005, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug aftercare; mandatory drug testing; no gang association; provide DNA; and pay $100 special assessment immediately

District of Minnesota Offender Employment Policy, modified March 8, 2007

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On May 21, 2007, Mr. Hodge submitted a urine specimen which tested positive for marijuana. Mr. Hodge initially denied his use of marijuana but subsequently admitted his use to this officer on May 23, 2007.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on May 29, 2007, at 10:00 a.m. at the Interim St. Paul Courthouse, 180 East Fifth Street, St. Paul, Minnesota, Courtroom #2, to show cause why supervision should not be revoked.

SCANNED
MAY 24 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 24th day of May, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer
Telephone: 612-664-5425

Executed on May 23, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

cc: U.S. Attorney's Office
Federal Defender's Office