IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Isaac NMN Hodge (1), Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE:Susan Richard Nelson<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | CR 02-323 PAM |
| Date: | 07/24/07 |
| Court Reporter: | none |
| Tape Number: | 113/493-652 |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:05 a.m. |
| Time in Court: | 5 Minutes |

## APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney

Defendant: Kate Menendez,
√ To be appointed

Interpreter / Language: None / English

Date Charges Filed: 07/23/07 Offense: Violation of Supervised Release

√ Waived Reading of Charges √ Advised of Rights

on Violation of: √ Supervised Release

√ Government moves for detention.
Motion is √ granted, temporary detention ordered

Next appearance date is Wednesday, July 25, 2007 at 10:00 a.m. before U.S. Magistrate Judge Nelson for:
√ detention hrg √ preliminary revocation

Additional Information:

s/AR
Criminal Duty Clerk