**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Isaac NMN Hodge (1),

Defendant.

# COURT MINUTES - CRIMINAL

BEFORE: NELSON
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CR 02-323 PAM |
| Date: | 07/25/07 |
| Court Reporter: | None |
| Tape Number: | 113/1412-2820 |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:35 a.m. |
| Time in Court: | 35 Minutes |

**_X_ PRELIMINARY REVOCATION / DETENTION HRG**

APPEARANCES:

**Plaintiff**: David Steinkamp,
Assistant U.S. Attorney

**Defendant:** Caroline Durham,
√ FPD

Interpreter / Language: None / English

On Violation of √ **Supervised Release**

√ Deft Ordered Detained - Govt to submit proposed order.
√ Deft bound over to District Court of Minnesota.

**Additional Information:**
**Probation Officer David Schwabb sworn and testified. Final revocation hearing is Tuesday, July 31, 2007 at 9:45 a.m. before Judge Magnuson in courtroom 9W.**

s/AR
Criminal Duty Clerk