A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

**District of Minnesota**

FILED UN[redacted]

2007 JUL 23 P 2:24

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0741-0723-1141-D

CASE NUMBER: **CR 02-323(1) PAM**

Isaac Hodge, III

**RECEIVED**

JUL 26 2007

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Isaac Hodge, III

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Donovan W. Frank, United States District Court Judge.

Mary Kay Furchner

(By) Mary Kay Furchner, Deputy Clerk

July 23, 2007 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

______________________________ ______________________________

Name and Title of Arresting Officer Signature of Arresting Officer

US MARSHALS SERVICE
RECEIVED
MPLS MN

2007 JUL 24 A 8:50

ARRESTED ON 7-23-07
ARRESTED BY OSMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
JUL 27 2007
U.S. DISTRICT COURT ST. PAUL