UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 02-323 (PAM)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ISAAC NMN HODGE, Defendant. | **ORDER OF DETENTION** |

This matter came before the Court on July 25, 2007, for a Preliminary Hearing on a Petition to Revoke Supervised Release and hearing upon the motion of the United States for an Order of Detention. The defendant was present and represented by his attorney, Caroline Durham. The United States was represented by Assistant United States Attorney David Steinkamp.

Defendant Isaac Hodge is charged by petition with failure to comply with conditions of supervised release. Based on the evidence presented at the hearing on July 25, 2007, the Court concludes that probable cause exists to support the charges alleged in the petition and the defendant is bound over for a final revocation of supervised release hearing before the Honorable Paul A. Magnuson.

Based upon the evidence presented at the detention hearing, and on the arguments of counsel, the Court concludes that there has been a clear and convincing showing that no

SCANNED
AUG 2 9 2007
U.S. DISTRICT COURT MPLS

condition or combination of conditions of bond will reasonably ensure the safety of the community. In addition, the Court concludes by a preponderance of the evidence that there are no conditions or combination of conditions of bond that will reasonably ensure the defendant's appearance in court. Accordingly, the Court will grant the government's motion for detention.

FINDINGS OF FACT

1. The defendant has been charged with possession of a pistol by a felon. Based upon the testimony presented at the preliminary hearing, specifically, the defendant was the subject of a narcotics distribution investigation at the time he possessed a firearm, the Court finds that the defendant presents a danger to the community.

2. At the detention hearing, the government presented evidence from David Schwab, the defendant's supervised release officer regarding supervision of the defendant. Based on the testimony of David Schwab, the court finds that the defendant presents a risk of flight or non-appearance if released.

DISCUSSION

Under 18 U.S.C. § 3142, pretrial detention may be ordered either upon a clear and convincing showing that release will

result in a danger to the community or upon a showing by a preponderance of the evidence that release will result in a serious risk of flight. United States v. Abad, 350 F.3d 793, 797 (8th Cir. 2003); United States v. Sazenski, 806 F.2d 846, 848 (8th Cir. 1986). The Court finds that detention is justified under both of these criteria.

The Court concludes that detention is warranted. Danger to the community is evident from the defendant's apparent involvement in narcotics trafficking and gun possession.

**CONCLUSION**

Based upon the evidence presented, the Court concludes that the government has made a clear and convincing showing that no condition or combination of conditions of bond will reasonably ensure the safety of the community. In addition, the Court concludes that the government has shown by a preponderance of the evidence that no condition or combination of conditions of bond will reasonably ensure the defendant's appearance in court. Accordingly,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of defendant is granted;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to

the extent practicable, from persons awaiting or serving sentences or being held in custody pending trial;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: August 29, 2007

Susan Richard Nelson

Susan R. Nelson
United States Magistrate Judge