UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Criminal No. 02-323 PAM |
| v. | ) | MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL |
| ISAAC HODGE, Defendant. | ) | |

Comes now Caroline Durham, appointed counsel for Isaac Hodge, and hereby moves the Court to allow counsel to withdraw from the defendant's representation and that substitute counsel be appointed to represent the defendant in the above proceedings.

It has come to the attention of counsel that a conflict of interest exists within the office.

Therefore, counsel requests that the Court grant this motion to withdraw and that an attorney from the Criminal Justice Act Panel be appointed to represent the defendant.

Dated: December 17, 2007

Respectfully submitted,

*s/Caroline Durham*

CAROLINE DURHAM
Attorney ID No. 24921X
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415