**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Isaac Hodge III,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Richard Kyle
U.S. Judge

Case No: Cr. 02-323 PAM
Date: May 12, 2008
Court Reporter: Carla Bebault
Tape Number:
Time Commenced: 10:00
Time Concluded: 10:45
Time in Court: Hours & 45 Minutes

## APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: Michael McGlennon ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

Interpreter / Language: /

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
Defendant remanded custody of US Marshal.
Defendant admitted violations.
Custody of 18 months to be served consecutively to the sentence imposed in Cr. 07-274. Supervised release in cr. 02-323 is terminated.

s/Deborah Siebrecht
Calendar Clerk